UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NMJ CONSULTANT GROUP, INC. Individually and on behalf of a class of all those similarly situated**,<br><br>　　　　　　　Plaintiff,<br><br>　- vs. -<br><br>**CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS INCORPORATED, MARS NORTH AMERICA, MARS SNACKFOODS U.S. LLC, NESTLE CANADA INC., NESTLE S.A., NESTLE USA, Inc., and ITWAL, LTD.**<br><br>　　　　　　　Defendants. | Case No.:  08 CV 00910<br><br>**PROOF OF SERVICE**<br><br>ECF CASE |

　　　　I hereby certify that the Notice of Appearance and Rule 7.1 Disclosure for defendant The Hershey Company were sent today via U.S. mail to the following:

　　　　Natalie Finkelman Bennett
　　　　Sheperd, Finkelman, Miller & Shah, LLC
　　　　35 East State Street
　　　　Media, PA 19063


Dated:  March 25, 2008

　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　Craig S. Primis (CP-5017)
　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　655 Fifteenth Street NW
　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　Telephone:　(202) 879-5000
　　　　　　　　　　　　　　Facsimile:　(202) 879-5200

　　　　　　　　　　　　　　*Attorney for The Hershey Company*