UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

NMJ CONSULTANT GROUP, INC., individually
and on behalf of a class of all those similarly situated,

             Plaintiffs,

                 v.

CADBURY ADAMS CANADA, INC., et al.,

             Defendants.

-------------------------------------------------------------------- x

08 CV 910 (PKC)

ECF CASE

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Michael R. Huttenlocher hereby appears as counsel for

the defendant, Mars Incorporated, Mars North America, and Mars Snackfoods U.S.A. LLC

("Mars") in the above-captioned action and for the purpose of being added to the list of ECF

notice recipients.

Dated: New York, New York
       March 26, 2008

                        McDERMOTT WILL & EMERY LLP

                        By: _____
                            Michael R. Huttenlocher

                        340 Madison Avenue
                        New York, New York 10017
                        (212) 547-5400

                        *Attorneys for Defendants Mars*